IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK A. FRITZ,

    Plaintiff,

v.

TONY EVERS, Wisconsin State
Superintendent of Public Instruction,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-581-wmc

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Tony Evers against plaintiff Mark A. Fritz and dismissing this case.


| s/V. Olmo, Deputy Clerk | 9/6/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |