UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MARK A. FRITZ,

    Plaintiff,

v.                              Case No. 3:15-cv-00581-wmc

DR. TONY EVERS,

    Defendant.

## NOTICE OF APPEAL
## BY PLAINTIFF MARK A. FRITZ

Notice is hereby given that Plaintiff Mark A. Fritz ("Fritz"), by his attorney, William F. Sulton, Esq., of the law firm of Peterson, Johnson & Murray, S.C., appeals to the United States Court of Appeals for the Seventh Circuit from the final order (Dkt. #20) and judgment (Dkt. #21) entered in this action on September 6, 2017.

Dated at the law offices of Peterson, Johnson & Murray, S.C., in Milwaukee, Wisconsin, on this 20th day of September, 2017.

PETERSON, JOHNSON & MURRAY, S.C.
Attorneys for Plaintiff

*/s/ William F. Sulton, Esq.*
William F. Sulton, Esq.
State Bar No. 107600
788 N Jefferson St Ste 500
Milwaukee, WI 53202
Phone: 414-278-8800
Fax: 414-278-0920
Email: wsulton@pjmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Wisconsin by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

PETERSON, JOHNSON & MURRAY, S.C.
Attorneys for Plaintiff

*/s/ William F. Sulton, Esq.*
William F. Sulton, Esq.
State Bar No. 107600
788 N Jefferson St Ste 500
Milwaukee, WI  53202
Phone: 414-278-8800
Fax: 414-278-0920
Email: wsulton@pjmlaw.com